**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

SAMARR W. DOWNES,                          :
    Plaintiff,                         :
                                       :
v.                                         :          No. 5:25-cv-5104
                                       :
ST. LUKE'S UNIVERSITY HEALTH               :
NETWORK, *et al.*,                         :
    Defendants.                        :

**O R D E R**

**AND NOW**, this 19th day of February, 2026, upon consideration of Plaintiff Samarr W.

Downes's *pro se* Amended Complaint, ECF No. 11, and for the reasons stated in the

Memorandum issued this date, **IT IS ORDERED THAT**:

1.      The Amended Complaint, ECF No. 11, is **DISMISSED with prejudice**.

2.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge